UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
MAY 13 2013
US District Court
Western District of NC

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:13CR 158 |
| --- | --- | --- |
| | ) | |
| v. | ) | <u>ORDER SEALING</u> |
| | ) | <u>COMPLAINT</u> |
| TEODORO FELIX HERNANDEZ | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Motion to Seal and this Order and Complaint and the Warrant be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Complaint and the Warrant be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 13th day of May, 2013.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE